# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) BartleIII, Harvey | 2. Court or Organization U.S. District Court, E.D. Pa. | 3. Date of Report 05/04/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Senior Status) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BartleIII, Harvey | 05/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Texas Teachers Retirement System - Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BartleIII, Harvey | 05/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Philadelphia Bar Association | Membership (extended to all judges) | $383.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BartleIII, Harvey | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Eastman Kodak (Com.) | | None | J | T | | | | | |
| 2. | IBM (Com.) | B | Dividend | L | T | | | | | |
| 3. | Xerox (Com.) | A | Dividend | J | T | | | | | |
| 4. | Johnson & Johnson | B | Dividend | L | T | | | | | |
| 5. | Delphi Automotive Systems (Com.) | | None | J | T | | | | | |
| 6. | TD Bank | A | Interest | L | T | | | | | |
| 7. | Vanguard-Windsor II (IRA rollover) | D | Distribution | M | T | | | | | |
| 8. | Merrill Lynch (Mercury U.S. Large Cap Fund Class B) | | None | J | T | | | | | |
| 9. | TIAA/CREF (Retirement Fund) | E | Int./Div. | O | T | | | | | |
| 10. | Vanguard (Wellington Fund Admr) | D | Dividend | M | T | | | | | |
| 11. | Vanguard (Wellington Fund Admr) | E | Dividend | N | T | | | | | |
| 12. | Vanguard (Pa. Long Term Tax Exempt Fund) | A | Interest | K | T | | | | | |
| 13. | AmCap Funds Inc. Class A | A | Dividend | M | T | | | | | |
| 14. | American Mut. Fd. Inc. A | B | Dividend | M | T | | | | | |
| 15. | Capital World Growth & Inc. Fd. Class A | A | Dividend | K | T | | | | | |
| 16. | European Growth Fd. Class A | A | Dividend | | | Sold | 08/24/15 | K | D | |
| 17. | Franklin Pa. Tax Free Inc. Fd. | D | Dividend | | | Sold | 08/21/15 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BartleIII, Harvey | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric (see Sec. VIII) | C | Dividend | L | T | | | | | |
| 19. Fundamental Invs. Inc. Class A | B | Dividend | M | T | | | | | |
| 20. Growth Fund America Class A | A | Dividend | M | T | | | | | |
| 21. JM Smucker Co. | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 22. Philadelphia Contributionship | A | Dividend | J | T | | | | | |
| 23. Burrell PA Sch Dist Bonds | A | Interest | K | T | Buy | 09/03/15 | K | | |
| 24. Pa. St. Pub. School Bldg. Authority Bond | A | Interest | J | T | Buy | 09/29/15 | J | | |
| 25. State Pub. School Bldg. Authority Bond | A | Interest | K | T | Buy | 09/18/15 | K | | |
| 26. Central Dauphin Pa. School Dist. Bond | A | Interest | J | T | Buy | 10/05/15 | J | | |
| 27. Pa. St. Higher Ed. Facility Authority Bond | A | Interest | K | T | Buy | 09/10/15 | K | | |
| 28. Cumberland County Pa. Mun. Authority Bond | A | Interest | J | T | Buy | 09/14/15 | J | | |
| 29. Upper Merion Twp. Bond | A | Interest | J | T | Buy | 09/10/15 | J | | |
| 30. Pa. St. 1st Series Bond | A | Interest | K | T | Buy | 09/18/15 | J | | |
| 31. Pa. St. Higher EFA Rev Temple U. Bond | A | Interest | J | T | Buy | 09/25/15 | J | | |
| 32. Allegheny County, PA RFDG Bond | A | Interest | K | T | Buy | 09/16/15 | K | | |
| 33. Pa. St. Turnpike Bond | A | Interest | J | T | Buy | 09/09/15 | J | | |
| 34. Cranberry Twp. Pa Bond | A | Interest | J | T | Buy | 09/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BartleIII, Harvey | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chester County Pa School Auth. Bond | A | Interest | J | T | Buy | 09/09/15 | J | | |
| 36. Monroeville Pa Fin. Authority Bond | A | Interest | J | T | Buy | 09/24/15 | J | | |
| 37. Moon Area School Dist. Pa Bond | A | Interest | J | T | Buy | 09/29/15 | J | | |
| 38. State Pub. School Bldg. Auth. Pa Bond | A | Interest | J | T | Buy | 09/15/15 | J | | |
| 39. Dauphin County Pa G/O Bond | A | Interest | J | T | Buy | 09/29/15 | J | | |
| 40. Commonwealth Fing. Authority Pa Bond | A | Interest | J | T | Buy | 09/29/15 | J | | |
| 41. Pa Economic Dev. Fing. Authority Bond | A | Interest | J | T | Buy | 09/11/15 | J | | |
| 42. Troy, Pa Area School Dist. Bradford County Bond | A | Interest | J | T | Buy | 11/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BartleIII, Harvey | 05/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harvey BartleIII**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544